FORDHAM DAVIDSON CORPORATION.— Motion denied, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

GEO. A. OHL & COMPANY v. CHELSEA GARMENT RACK CO., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

GEO. A. OHL & COMPANY v. CHELSEA GARMENT RACK COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MONA ROACH.— Motion granted and the time of appellant within which to file the appellant's points extended to and including December 20, 1930, with notice of argument for January 6, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

GRACE R. STRATFORD v. FISCH HAT SALES CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

SIEBROS FINANCE CORPORATION v. 190 WEST FOURTH STREET REALTY CORPORATION and Another, Impleaded, etc.— Motion for leave to appeal granted. Motion for reargument denied. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

HYMAN J. FLIEGEL, as Trustee in Bankruptcy of the Estate of SIDNEY NEWMARK, Bankrupt, v. JACOB NEWMARK. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ART METAL WORKS, INC., v. THE CUNNINGHAM PRODUCTS CORPORATION and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed on or before January 15, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

PAULA ALEXANDER v. HYMAN WOLFSON, Doing Business, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MAE MCCABE v. BERNARD MCCABE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

I. MILLER & SONS, INC., v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

JACOB J. KIRSHENBAUM v. GENERAL OUTDOOR ADVERTISING CO., INC., and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of SYDNEY DAVIDSON, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of WILLIAM L. GREENFOGEL, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of DAVID ROBSON, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of AARON ZANGER, an Attorney.— Reference ordered to Hon.